

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2014

No. 04-13-00859-CV

Leonard K. **HOSKINS**,
Appellant

v.

Colonel Clifton **HOSKINS** and Hoskins Inc.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-03136
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to File Reply Brief in Excess of 7,500 Words is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court